# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00434-CR

**James Lyle Burgess, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 54075, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

James Lyle Burgess seeks to appeal from a judgment of conviction for possession of methamphetamine with intent to deliver. The trial court has certified that this is a plea bargain case and Burgess has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The record also contains a copy of a signed waiver of appeal. The appeal is dismissed. *See id*. rule 25.2(d).

_____

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed: August 26, 2004

Do Not Publish